# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

**SAMNANG AM**

## CRIMINAL COMPLAINT

M.J. No.: 05-1696-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 26, 2005** in **Essex** County and elsewhere in the District of **Massachusetts**, defendant did, (Track Statutory Language of Offense)

**knowingly and willfully possess a firearm which has moved in interstate commerce while being a convicted felon,**

in violation of Title __18__ United States Code, Section __922(g)(1)__.

I further state that I am a **Special Agent - ATF**
                                    Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent John L. Kelter.**

Continued on the attached sheet and made a part hereof: [x] Yes  [ ] No

_____
Signature of Complainant
John L. Kelter
Special Agent - ATF

Sworn to before me and subscribed in my presence,

July 6, 2005                                    at Boston, Massachusetts
Date                                              City and State

Charles B. Swartwood, III,
United States Magistrate Judge                  _____
Name and Title of Judicial Officer              Signature of Judicial Officer