UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | Criminal No. 1:05-mj-01676-CBS-ALL |
| ) | |
| ) | |
| V.                         ) | |
| ) | |
| ) | |
| SAMNANG AM                 ) | |

ASSENTED MOTION TO CONTINUE PROBABLE CAUSE
AND DENTENTION HEARING

    Now comes the defendant, Samnang Am, and moves this Honorable Court to continue his probable cause hearing and detention hearing from July 28, 2005 to August 3, 2005 at 3:30PM.

    In support of this motion the defendant through counsel states that this continuance is assented to by AUSA Lisa M. Asiaf.

                                                The defendant,
                                                SAMNANG AM
                                                By his attorney,


                                                '/s/Walter H. Underhill, Esquire'
                                                Walter H. Underhill, Esq.
                                                66 Long Wharf
                                                Boston, MA
                                                02110
                                                4th. Floor
                                                Tel. # 617-523-5858
                                                B.B.O. # 506300

## *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from July 28, 2005 to August 3, 2005 is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:             July 27, 2005

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Lisa Asaif.

SIGNED:    '/s/Walter H. Underhill, Esquire'

DATE:          July 27, 2005