AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

UNITED STATES

V.

SAMNANG AM

**EXHIBIT AND WITNESS LIST**

Case Number: 05-1676-CBS

| PRESIDING JUDGE Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY Asiaf | DEFENDANT'S ATTORNEY Underhill |
|---|---|---|
| TRIAL DATE (S) 8/3/2005 | COURT REPORTER 3:49 | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 8/3/05 | | | John Keltor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 8/3 /05 | X | X | Complaint & Affidavit in Support of |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages