# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SAMNANG AM

WARRANT FOR ARREST

Case Number: 05-1676-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Samnang Am**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**felon in possession of a firearm,**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

RECEIVED
2005 JUL -6 A 11: 13
U.S. MARSHAL SERVICE
BOSTON, MA

Charles B. Swartwood, III — Chief Magistrate Judge
Name of Issuing Officer / Title of Issuing Officer

Signature of Issuing Officer

Boston, MA; July 6, 2005
Date and Location

Bail fixed at $ _____

ATF
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT
AT _____
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE 8/4/05
DEFENDANT ON _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |